1 | **CANDIS MITCHELL**
California State Bar No. 242797
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, California 92101-5008
Telephone: (619) 234-8467
4 | Candis_Mitchell@fd.org

5 | Attorneys for Mr. Rosales-Contreras

8 | UNITED STATES DISTRICT COURT

9 | FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,       )   Case No. 08MJ2278-01
                                    )
12 |             Plaintiff,          )
                                    )
13 | v.                              )
                                    )   **NOTICE OF APPEARANCE**
14 | **JESUS ROSALES-CONTRERAS,**    )
                                    )
15 |                                 )
             Defendant.              )
16 | _____)

17 |        Pursuant to implementation of the CM/EMF procedures in the Southern District of
18 | California, Candis L. Mitchell, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead
19 | attorney in the above-captioned case.

20 |                                         Respectfully submitted,

22 | Dated: July 30, 2008    /s/ *Candis Mitchell*
                           **CANDIS L. MITCHELL**
23 |                        Federal Defenders of San Diego, Inc.
                           Attorneys for Mr. Rosales-Contreras
24 |                        Candis_Mitchell@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: July 30, 2008                                  */s/ Candis Mitchell*
                                                                  **CANDIS L. MITCHELL**
                                                                  Federal Defenders of San Diego, Inc.
                                                                  225 Broadway, Suite 900
                                                                  San Diego, CA  92101-5030
                                                                  (619) 234-8467  (tel)
                                                                  (619) 687-2666  (fax)
                                                                  Candis_Mitchell@fd.org