UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Jesus Rosales-Contreras, et al ) <br> Defendant(s) ) | CRIMINAL NO. 08mj2278 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

JAN M. ADLER

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

BlancaLisa Sandoval-DeLeon

DATED: Aug. 5, 2008

JAN M. ADLER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
by
   Deputy Clerk
K. HAMMERLY