UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Jesus Rosales-Contreras<br>Defendant(s) et.al. | 08cr2806-W<br>CRIMINAL NO. 08mj2278<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Arturo Eustacio Torres-Montanez

DATED: 8/21/08

JAN M. ADLER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
      DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
by  R. Rhone
    Deputy Clerk